IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § | CRIMINAL ACTION H-09-421-2 |
| | § § | |
| PRINCEWILL NJOKU | § | |

## AGREEMENT TO VOLUNTARY SURRENDER

I understand that in the near future the court will sign an order that requires me to surrender to an institution to be selected by the Bureau of Prisons of the Department of Justice.

I agree to report voluntarily under the order. I understand that if I fail to appear that I may be punished by fine, imprisonment, or both. (18 U.S.C. §§ 401, 751.)

7/25/12
Date

_[signature]_
Defendant

Address: 8915 N. Deer Meadow Dr
Houston TX 77071

Phone: 713-256-2248

7-25-12
Date

_[signature]_
Witness